No. 90–6835.   WILLIAMS *v.* UNITED STATES.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presently asserted by the Solicitor General in his brief for the United States filed March 21, 1991.

901

JUSTICE KENNEDY, with whom THE CHIEF JUSTICE and JUSTICE SCALIA join, dissenting.

I adhere to the view that we should not vacate a court of appeals' judgment favoring the Government when the Solicitor General disagrees with the reasoning of the court of appeals but defends its result. See *Diaz-Albertini* v. *United States*, 498 U. S. 1061, 1061–1063 (1991) (REHNQUIST, C. J., dissenting); *Alvarado* v. *United States*, 497 U. S. 543, 545–546 (1990) (REHNQUIST, C. J., dissenting). That is the position the Government again takes in the case before us, and I dissent from the order granting certiorari, vacating the judgment, and remanding the case.

*Miscellaneous Orders.* (See also Nos. 90–7225 and 90–7296, *ante*, p. 16.)*

---

*For the Court's order amending Rule 39 of the Rules of this Court, see *ante*, p. 13.